IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

TARA MATHENA, Individually and as
Personal Representative of the Estate
Of PETER TYRRELL.,                                                                                          PLAINTIFF

v.                              Case No. 1:21-cv-00368-RTD

THE UNITED STATES OF AMERICA                                                      DEFENDANT

# ORDER

Before the Court is Defendant's unopposed Motion to Move Trial Date (ECF No. 37). The Court finds that no response is necessary, and this matter is now ready for consideration.

This matter is rescheduled for a **three-day** bench trial beginning at 9:30 a.m. on **September 19, 2022**, with the subsequent trial days beginning at 9:00 a.m. The previously set trial date of **November 7, 2022**, in paragraph 13 of D.I. 11 is **VACATED**. The pretrial conference previously set for November 1, 2022, at 4:30 PM shall now be set for **September 16, 2022**, at 2:00 P.M. through telephonic conference.

**IT IS SO ORDERED** this 5th day of August 2022.

/s/ Robert T. Dawson
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**

1